DAVID BELAIS, Respondent, v. WILLIAM A. MALLETT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ELIZABETH CAREY, Respondent, v. MINERVA B. TOLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SAMUEL ELLOR, Individually and as Surviving Member of the Firm of ELLOR BROS. & HALL. and Another, Appellants, v. ASSOCIATED HAT MANUFACTURERS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HORTENSE RASTELLO, as Administratrix, etc., Appellant, v. CATHE-RINE McCRORKEN and Others, Impleaded with MICHAEL J. GILHULY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HUDSON HOSTELRY COMPANY, Appellant, v. JOHN PURROY MITCHEL, as Mayor of the City of New York, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn. JJ.

JAMES FAY, Respondent, v. NEW YORK TIMES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ALBERT FRANK AND COMPANY, Respondent, v. MORRIS PARK ESTATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BELLA NEWMAN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with costs, and motion denied and verdict reinstated and judgment ordered on verdict, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Smith, JJ.

CONRAD ALHEIDT, Appellant, v. EDWIN J. MORAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P, J., Laughlin, Dowling, Smith and Shearn, JJ.

MATHIES LALLY, Respondent, v. GEORGE H. SHAFFER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HENRY D. GREENWALD and Another, Respondents, v. NUMBER 501 WEST 113TH STREET INCORPORATION, and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin and Smith, JJ., dissented.

JOHN W. RUMSEY, Appellant, v. THE GERSTEN-CRAMER AMUSEMENT COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER POLGANO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.